| Return | | |
|---|---|---|
| Case No.: 22 MJ 180 | Date and time warrant executed: 3/22/23 1:03 P.M. | Copy of warrant and inventory left with: Google LLC |
| Inventory made in the presence of: Zachary Stegenga, Special Agent IRS-CI | | |

Inventory of the property taken and name(s) of any person(s) seized:

1 zip folder containing e-mails that were sent & received by:
- freedomtaxxes@gmail.com
- Marxedfinancial@gmail.com
- marxedtaxservices@gmail.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/5/23

*Executing officer's signature*

Jeremy Grobert, IRS-CI Special Agent
*Printed name and title*